FILED by **YH** D.C.

Nov 30, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **18-20923-CR-SCOLA/TORRES**

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

v.

ANTHONY ACOSTA,
ANIELKA DE LOS ANGELES ARAUZ,
AMARIS EVA'NN SAMPSON,
NILBERTO ALEXANDER BENAVIDES,
STEVE BRYAN ROJAS,
AARON EMMANUEL WALKER, and
FRANCISCO NELSON MATA,

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Commit Access Device Fraud**
**(18 U.S.C. § 1029(b)(2))**

Beginning as early as in or around February 2017, the exact date being unknown to the Grand Jury, and continuing through in or around July 2018, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendants,

**ANTHONY ACOSTA,**
**ANIELKA DE LOS ANGELES ARAUZ,**
**AMARIS EVA'NN SAMPSON,**
**NILBERTO ALEXANDER BENAVIDES,**

**STEVE BRYAN ROJAS,
AARON EMMANUEL WALKER, and
FRANCISCO NELSON MATA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a)(2), that is, to knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

## ACTS IN FURTHERANCE OF CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about July 31, 2017, **AMARIS EVA'NN SAMPSON** purchased four (4) cellular phones for approximately $2,310.48 at a Sprint retail store in Miami, Florida, using a fraudulently obtained Sprint account that was opened in the name of "Amaris Sampson" but with the social security number of "M.G."

2. On or about September 24, 2017, **FRANCISCO NELSON MATA** purchased two (2) cellular phones for approximately $1,200.24 at a Sprint retail store in Miami Beach, Florida, using a fraudulently obtained Sprint account that was opened in the name of "Francisco Mata" but with the social security number of "B.D."

3. On or about October 11, 2017, **NILBERTO ALEXANDER BENAVIDES**, accompanied by **ANTHONY ACOSTA**, purchased three (3) cellular phones for approximately $2,085.00 at a Sprint retail store in Miami Shores, Florida, using a fraudulently obtained Sprint

account that was opened in the name of "Nilberto Benavides" but with the social security number of "N.R."

4. On or about October 17, 2017, **ANTHONY ACOSTA** purchased a cellular phone for approximately $720 at a Sprint Retail Store in Miami Gardens, Florida, using a fraudulently obtained Sprint account that was opened in the name of "Anthony Acosta" but with the social security number of "G.M."

5. On or about January 8, 2018, **STEVE BRYAN ROJAS** purchased two (2) cellular phones for approximately $1,500.12 at a Sprint retail store in North Miami Beach, Florida, using a fraudulently obtained Sprint account that was opened in the name of "Steve Rojas" but with the social security number of "J.P.M."

6. On or about February 8, 2018, **AARON EMMANUEL WALKER** purchased five (5) cellular phones for approximately $3,690.18 at a Sprint retail store in Miami, Florida, using a fraudulently obtained Sprint account that was opened in the name of "Aaron Walker" but with the social security number of "G.B."

7. On or about July 21, 2018, **ANIELKA DE LOS ANGELES ARAUZ** purchased five (5) cellular phones for approximately $3,450.42 at a Sprint retail store in Miami Lakes, Florida, using a fraudulently obtained Sprint account that was opened in the name of "M.M." and with the social security number of "M.M."

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From at least as early as on or about February 15, 2017, through on or about March 28, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

3

**ANTHONY ACOSTA,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

**COUNT 3**
**Use of Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(2))**

From at least as early as on or about July 12, 2017, through on or about July 21, 2018, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ANIELKA DE LOS ANGELES ARAUZ,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

**COUNT 4**
**Use of Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(2))**

From at least as early as on or about July 8, 2017, through on or about August 1, 2017, in Miami-Dade, Broward, and Palm Beach Counties, in the Southern District of Florida, and elsewhere, the defendant,

**AMARIS EVA'NN SAMPSON,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT 5
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From at least as early as on or about August 14, 2017, through on or about October 26, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NILBERTO ALEXANDER BENAVIDES,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT 6
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From at least as early as on or about June 29, 2017, through on or about February 1, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**STEVE BRYAN ROJAS,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct

5

affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 7
## Use of Unauthorized Access Devices
## (18 U.S.C. § 1029(a)(2))

From at least as early as on or about February 8, 2018, through on or about February 23, 2018, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**AARON EMMANUEL WALKER,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 8
## Use of Unauthorized Access Devices
## (18 U.S.C. § 1029(a)(2))

From at least as early as on or about May 16, 2017, through on or about September 24, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCISCO NELSON MATA,**

did knowingly, and with the intent to defraud, traffic in and use one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 9
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about October 17, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ANTHONY ACOSTA,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the social security number of "G.M.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 10
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about July 21, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ANIELKA DE LOS ANGELES ARAUZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 3 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that

is, the name and social security number of "M.M.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 11
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about July 31, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**AMARIS EVA'NN SAMPSON,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 4 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the social security number of "M.G.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 12
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about October 11, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**NILBERTO ALEXANDER BENAVIDES,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct

8

affecting interstate and foreign commerce, as charged in Count 5 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the social security number of "N.R.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 13
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about January 8, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**STEVE BRYAN ROJAS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 6 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the social security number of "J.P.M.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 14
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about February 8, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**AARON EMMANUEL WALKER,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access

9

devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 7 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the social security number of "G.B.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 15
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about September 24, 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCISCO NELSON MATA,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, trafficking in and using one or more unauthorized access devices, that is, social security numbers issued to other persons, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 8 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the social security number of "B.D.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.  The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which any of the defendants has an interest.

10

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendants shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL.

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
DAVID S. TURKEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| ANTHONY ACOSTA, et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendants._____ / | Superseding Case Information: |

**Court Division**: (Select One)

- [✓] Miami    [ ] Key West
- [ ] FTL      [ ] WPB    [ ] FTP

New Defendant(s)          Yes [ ]    No [ ]
Number of New Defendants   ____
Total number of counts     ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect   _____

4. This case will take    11-15    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   0 to 5 days       [ ]
   II  6 to 10 days      [ ]
   III 11 to 20 days     [✓]
   IV  21 to 60 days     [ ]
   V   61 days and over

   (Check only one)

   Petty    [ ]
   Minor    [ ]
   Misdem.  [ ]
   Felony   [✓]

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes [ ]   No [✓]

_____
DAVID S. TURKEN
ASSISTANT UNITED STATES ATTORNEY
Bar Number: 28573

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANTHONY ACOSTA

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**     10 years of imprisonment

Count #: 2

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:**     10 years of imprisonment

Count #: 9

Aggravated identity theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**     2 years of imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   ANIELKA DE LOS ANGELES ARAUZ

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 3

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 10

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**   2 years of imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   AMARIS EVA'NN SAMPSON

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 4

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 11

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**   2 years of imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   NILBERTO ALEXANDER BENAVIDES

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 5

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 12

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**   2 years of imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  STEVE BRYAN ROJAS

**Case No:**  _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**     10 years of imprisonment

Count #: 6

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:**     10 years of imprisonment

Count #: 13

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**     2 years of imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   AARON EMMANUEL WALKER

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 7

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:**   10 years of imprisonment

Count #: 14

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**   2 years of imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** FRANCISCO NELSON MATA

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty:** 10 years of imprisonment

Count #: 8

Use of Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(2)

**\*Max. Penalty:** 10 years of imprisonment

Count #: 15

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 years of imprisonment (consecutive to any other term of imprisonment)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**