UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Criminal Case Transfers to
**District Judge Roy K. Altman**

| | |
|---|---|
| United States v. Anthony Acosta, Anielka De Los Angeles Arauz, Amaris Eva'nn Sampson, Nilberto Alexander Benavides, Steve Bryan Rojas, Aaron Emmanuel Walker, Francisco Nelson Mata | Case No: 18-Cr-20923 |
| United States v. Henry Alvarez Flores | Case No: 18-Cr-60240 |
| United States v. Brandon Michael Fleury | Case No: 19-Cr-60056 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Roy K. Altman.** Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (*See* Internal Operating Procedures, Section 2.05.03–2.05.04).  It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Roy K. Altman** as of **April 11, 2019** for all further proceedings. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **RKA** in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers on April 11, 2019.

_____
Robert N. Scola, Jr.
United States District Judge