UNITEDSTATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

FILED BY \_\_\_\_AP\_\_\_\_D.

Feb 18, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Criminal Cause no: 1:18-20923-ALTMAN

UNITED STATES OF AMERICA

    VS

ANTHONY ACOSTA

## NOTICE OF APPEAL

APPEARING, Defendant ACOSTA request the Clerk of this court notify the 11th Circuit COA, of his intention to Appeal his sentence, pursuant to 18 USC § 3742(a)(1), with regards to the following points of law:

1) Sentence was delivered without a credit issuance, providing relief in the nature of "time served" as regards to Defendant's "home detention", which under Circuit Law and Supreme Court law is deemed to be "in custody", and therefor qualifies for credit

2) It appears, that the United States Government, was not in anyway injured by Defendant ACOSTA'S conducts, and therefor according to 11th Circuit and Supreme Court case law, as regard to Article III judicial grants of Power, the court failed to in fact have jurisdiction to issue any sentence against ACOSTA.

3) Defendant respectfully request this court notify the 11th circuit of his intention to appeal the two(2) issues noted, and request a briefing schedule be provided as soon as the higher court dockets an appeals case number.


Submitted this ___ day of February 2020

*[signature]*

Anthony Acosta

19444-104

PO BOX 3949

Pensacola FPC

Pensacola, FL 36512

19444-104
Anthony Acosta
PO BOX 3949
Pensacola, FL 32516
United States

PENSACOLA FL 325
12 FEB 2020 PM 1 L

19444-104
Us District Court
299 E Broward BLVD
room 108
FORT Lauderdale FL 33301
United States



Federal Prison Camp, P. O. Box 3949, Pensacola, FL 32516
Date 2-10-20 The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither open nor inspected. If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence fo forwarding to another addressee, please return the enclosure to the above address.