Case 1:18-cr-20923-RKA Document 274 Entered on FLSD Docket 03/09/2020 Page 1 of 2

FILED BY AP D.C.
Mar 9, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.  TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __UNITED STATES__ vs __ANTHONY ACOSTA__
District Court No.: __18 CR 20923__ Date Notice of Appeal Filed: __21 FEB__ Court of Appeals No.: __20-10632__
(If Available)

CHOOSE ONE: ☐ No hearing ☐ No transcript is required for appeal purposes ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☒ Plea | as required per 11th Cir. Rules | | |
| ☐ Other | | | |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ CRIMINAL JUSTICE ACT. My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __DEFENDANT__
Name of Firm: __N/A__
Address: __N/A__
E-mail: _____ Phone No.: _____

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: __3 Mar 20__ SIGNED: _____ Attorney for: _____

## PART II.  COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____
☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.
No. of hearing days: _____ Estimated no. of transcript pages: _____ Estimated filing date: _____
DATE: _____ SIGNED: _____ Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____
Actual No. of Volumes and Hearing Dates: _____
Date: _____ Signature of Court Reporter: _____

Rev. 12/17

⇔ 19444-104 ⇔
Anthony Acosta
PO BOX 3449
Pensacola, FL 32516
United States

PENSACOLA FL
05 MAR 2020 PM 1 L

Miami Count

⇐ 19444-104 ⇔
Us District Court
299 E Broward BLVD
room 108
FORT Lauderdale, FL 33301
United States

33301-194499

Federal Prison Camp, P. O. Box 3949, Pensacola, FL 32516
Date: 3-2-20  The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither open nor inspected. If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to forwarding to another addressee, please return the enclosure to the above address.